HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Luis Enrique Silva-Alonso

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00238-AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) HEARING |
| LUIS ENRIQUE SILVA-ALONSO, | ) DATE: November 2, 2015 |
|  | ) TIME:   10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter now set for October 13, 2015, may be continued to November 2 , 2015 at 10:00 a.m.

The parties have reached an agreement in accordance with the fast-track offer and a plea agreement has been filed with the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

//

//

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
|   | BENJAMIN B. WAGNER<br>United States Attorney |   |
| DATED: September 28, 2015 | By: | */s/Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff<br>HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 28, 2015 | By: | /s/ *Janet Bateman*<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS ENRIQUE SILVA-ALONSO |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 28, 2015

_____
SENIOR  DISTRICT  JUDGE